804

No. 498. NORTH CAROLINA STATE BOARD OF EDUCA-
TION ET AL. *v.* SWANN ET AL. Appeal from D. C. W. D.
N. C. Probable jurisdiction noted. Motion of Char-
lotte-Mecklenburg Board of Education to join in the
appeal granted.

No. 420. McDANIEL, SUPERINTENDENT OF SCHOOLS
OF CLARKE COUNTY ET AL. *v.* BARRESI ET AL. Sup. Ct.
Ga. Certiorari granted and case set for oral argument
immediately following No. 498 [probable jurisdiction
noted, *supra*]. Motion of the State of Georgia for leave
to participate in oral argument as *amicus curiae* denied.
THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE
HARLAN, and MR. JUSTICE MARSHALL dissent from the
denial of the motion.

No. 436. DAVIS ET AL. *v.* BOARD OF SCHOOL COMMIS-
SIONERS OF MOBILE COUNTY, ALABAMA, ET AL. C. A. 5th
Cir. Motion for leave to supplement petition for cer-
tiorari granted. Certiorari granted and case set for oral
argument immediately following No. 420 [*supra*]. Mo-
tion of the Solicitor General for additional time for oral
argument granted and 30 minutes allotted for that pur-
pose. An additional 15 minutes allotted to each side.
Motion of the State of Mississippi for leave to participate
in oral argument as *amicus curiae* denied. THE CHIEF
JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and
MR. JUSTICE MARSHALL dissent from the denial of this
motion. Motion of respondents Mobile County Council
Parents-Teachers Assn. et al. for additional time for oral
argument denied, except as indicated above; and per-
mission granted for two attorneys to participate in oral
argument for respondents.